# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

MAGDIEL NEPTALI RAMOS ALEMAN,

     Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

     Respondent.

5:26-cv-194

## ORDER

Petitioner Magdiel Neptali Ramos Aleman ("Aleman") filed his habeas petition on February 10, 2026. Dkt. No. 1. On February 23, 2026, the Court entered an Order requiring Respondent to provide Aleman with a bond hearing within seven (7) days, which would have been March 2, 2026. Dkt. No. 6. Respondent provided Aleman with a bond hearing on March 18, 2026. Dkt. No. 8 at 2. In the interim, Aleman was issued a removal order on March 17, 2026. Id. At his bond hearing the following day, an immigration judge cited the removal order as a basis for denying bond, finding that Aleman was a flight risk. Dkt. No. 8-1 at 3.

Aleman has now filed a post-judgment Status Report and a Motion for Immediate Release, arguing that the bond denial was contrary to law since the immigration detention determination was not based on an individualized finding of flight risk.

Dkt. No. 8 at 3.  Aleman also argues that Respondent should be estopped from denying a bond based upon a removal order that was only issued as a result of the failure to hold a bond hearing within the timeframe the Court ordered.  Id. at 4.

In the instant Motion, Aleman challenges a basis of detention that is distinct from the one he challenged in his Petition.  The Court granted his Petition, and Respondent substantially complied.  The factual circumstances have now changed.  Aleman is now facing an order of removal.  To challenge the legality of his current custody, Aleman must file a new Petition.  Therefore, the Court **DENIES without prejudice** Aleman's Motion for Immediate Release.  Dkt. No. 10.  This case remains **CLOSED**.  Dkt. Nos. 6, 7.

**SO ORDERED**, this ___6___ day of April, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2